IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith Jerome Smith<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>22-12034 - PMM |
| Carrington Mortgage Services, LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Keith Jerome Smith<br>    Debtor/Respondent, | |
| Scott Waterman, Trustee<br>    Additional Respondent. | |

**PRAECIPE TO WITHDRAW**
**MOTION FOR RELIEF FROM STAY**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Carrington Mortgage Services, LLC's Motion for Relief from the Automatic Stay filed with the Court on September 26, 2023, Docket No. 53.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith Jerome Smith<br>    Debtor,<br><br>Carrington Mortgage Services, LLC<br>    Movant.<br>v.<br><br>Keith Jerome Smith<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-12034 - PMM<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 27th day of September, 2023:

Keith Jerome Smith
125 S. Kelly Drive
Birdsboro, PA 19508

Charles Laputka, Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com