IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEITH JEROME SMITH<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>22-12034 - PMM |
| CARRINGTON MORTGAGE SERVICES, LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| KEITH JEROME SMITH<br>    Debtor/Respondent, | HEARING DATE AND TIME:<br><br>    October 17, 2023 at 10:00 am |
| SCOTT WATERMAN, Trustee<br>    Additional Respondent. | Courtroom 4th Floor<br>Reading Division/The Gateway |

**O R D E R**

AND NOW, this  17th  day of  October , 2023, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 125 S. Kelly Drive, Birdsboro, PA 19508; and it is

FURTHER ORDERED all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE